**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00699-REB-MEH

BRUCE A. SANDBERG,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice** [#17] filed November 5, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** [#17] filed November 5, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for June 4, 2010, is **VACATED**;

3. That the Jury Trial set to commence June 21, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 6, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge